UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS M. SHORTRIDGE,<br><br>    Plaintiff,<br><br>    v.<br><br>ADAPTASOFT, INC.,<br><br>    Defendant. | Case No. 14-cv-04739-MEJ<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Jacqueline S. Corley for consideration of whether the case is related to *Shortridge v Automatic Data Processing, Inc.*, 14-4413 JCS.

**IT IS SO ORDERED.**

Dated: October 28, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge