```
Douglas M. Shortridge
3481 Valle Verde Drive
Napa, CA  94558
Telephone:  (707) 257-2260
Facsimile: (707) 257-2260
Email: dougs@callcp.com

Pro Se plaintiff
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUGLAS M. SHORTRIDGE )<br>           Plaintiff,          )<br>                                  )<br>    vs.                          )<br>                                  )<br>                                  )<br>ADAPTASOFT, Inc.           )<br>                                  )<br>           Defendant.       )<br>                                  )<br>                                  )<br>                                  )<br>                                  )<br>_____ ) | No.  3:14-cv-04739  JCS<br><br>**REQUEST FOR CONTINUATION CASE MANAGEMENT CONFERENCE**<br><br>Honorable Chief Magistrate Judge Joseph C. Spero<br>Date: March  20, 2015<br>Time: 2:00 p.m.<br>Location: Courtroom G, 15th Floor |

Plaintiff requests the case management conference be continued to April 17, 2015 or other date determined by the Court.

Although Defendant has not appeared, there has been significant discussion between the parties.  However, discussion has stalled based at least in part on Plaintiff's misunderstanding.  Based on information recently learned by Plaintiff, a fresh attempt will soon be made to reinitiate discussion.  At this time further formal papers are projected to be filed by April 15, 2015.

Dated: March 19, 2015                                                      Respectfully submitted,

DENIED. Mr. Shortridge may appear by                            /s/ Douglas Shortridge
phone for the further cmc at 2:00 PM.                          _____
Dated: 3/20/15.                                                                   Douglas M. Shortridge – Plaintiff in Pro Se

[DENIED stamp — Judge Joseph C. Spero]